DAVID EPSTEIN, Respondent, *v.* NELLIE GOLDSMITH and LEWIS GOLDSMITH, Appellants.

Appeal from an order of the Supreme Court, entered on the 30th day of November, 1914, denying a motion to make the complaint more definite and certain, and to strike out certain allegations as redundant.

PER CURIAM: The order appealed from should be modified as follows: *First.* The complaint should be made more definite and certain; (1) paragraphs 3 and 4, by specifying with more and sufficient particularity when defendant Lewis is claimed to have fraudulently transferred the property therein described; (2) by specifying in similar manner the character of the transfers to and source of title of said Lewis to said property; (3) paragraph 8, by similarly specifying to whom the property and moneys with which the bonds were purchased belonged. *Second.* The entire 9th paragraph should be stricken out as irrelevant. As so modified the order should be affirmed, with ten dollars costs and disbursements to the appellants. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ. Order modified as directed in opinion, and as modified affirmed, with ten dollars costs and disbursements to appellants. Order to be settled on notice.